UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 23-01246-HWV

Keith Thomas Hench and Jesse Lee Hench                              Chapter 13
     Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


By  /s/   Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:     Bankr. Case No. 23-01246-HWV

Keith Thomas Hench and Jesse Lee Hench     Chapter 13
    Debtor(s)

**Certificate of Service**
This Request for Notice was served electronically on the following individuals on June 13, 2023 :

| | |
|---|---|
| Nicholas G. Platt<br>230 York Street<br>Hanover, PA 17331 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx17026 / 1074313