UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEITH THOMAS HENCH and : CHAPTER 13
JESSE LEE HENCH :
    Debtors :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
    vs. :
:
KEITH THOMAS HENCH and :
JESSE LEE HENCH :
    Respondents : CASE NO.   1-23-bk-01246

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   6th   day of July, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a.  Insufficient Monthly Net Income as indicated on Schedules I and J.
    b.  The plan is underfunded relative to claims to be paid.

2.  Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a.  Last paystub for wife (debtor 2).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.

c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:        /s/Douglas R. Roeder
           Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this   12th   day of July, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA   17331

           /s/Deborah A. DePalma
           Office of Jack N. Zaharopoulos
           Standing Chapter 13 Trustee4