# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     KEITH THOMAS HENCH
               JESSE LEE HENCH

               CHAPTER 13

               Debtor(s)

JACK N. ZAHAROPOULOS           CASE NO: 1-23-01246-HWV
CHAPTER 13 TRUSTEE
               Movant

vs.

KEITH THOMAS HENCH
JESSE LEE HENCH

               Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 14, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on June 5, 2023.

2. A hearing was held and an Order was entered on September 13, 2023 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                         Respectfully submitted,

                         /s/   Douglas R. Roeder, Esquire
                         Id:   80016
                         Attorney for Movant
                         Jack N. Zaharopoulos
                         Standing Chapter 13 Trustee
                         Suite A, 8125 Adams Drive
                         Hummelstown, PA   17036
                         Phone:   717-566-6097
                         email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEITH THOMAS HENCH
JESSE LEE HENCH

       Debtor(s)         CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
       Movant         CASE NO: 1-23-01246-HWV

KEITH THOMAS HENCH
JESSE LEE HENCH

       Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse     Date: December 20, 2023
Bankruptcy Courtroom 8, 4th Floor
1501 North 6th Street     Time: 09:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: November 14, 2023     /s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

| | | |
|---|---|---|
| IN RE: | KEITH THOMAS HENCH<br>JESSE LEE HENCH | CHAPTER 13 |
| | Debtor(s) | |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | CASE NO: 1-23-01246-HWV |
| | Movant | |
| vs. | KEITH THOMAS HENCH<br>JESSE LEE HENCH | |
| | Respondent(s) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 14, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
NICHOLAS G PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER, PA  17331

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

<u>Served by 1st Class Mail</u>
KEITH THOMAS HENCH
2116 CIRCLE ROAD
CARLISLE, PA  17013

I certify under penalty of perjury that the foregoing is true and correct.

Date:   November 14, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEITH THOMAS HENCH
JESSE LEE HENCH

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

    Movant

KEITH THOMAS HENCH
JESSE LEE HENCH

    Respondent(s)

CHAPTER 13

CASE NO: 1-23-01246-HWV

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.