United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-01246-HWV

Keith Thomas Hench  Chapter 13

Jesse Lee Hench

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: Dec 20, 2023     Form ID: ordsmiss     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith Thomas Hench, Jesse Lee Hench, 2116 Circle Road, Carlisle, PA 17013-1008 |
| 5545547 | + | Michelle M. Bradford, Esquire, Orlans PC, 200 Eagle Road, Suite 120, Wayne, PA 19087-3115 |
| 5545549 | + | Ppl, P.O. Box 25239, Lehigh Valley, PA 18002-5239 |
| 5545553 | + | Travis Conrad, 11 Lower Drive, Shermans Dale, PA 17090-8518 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5549115 | | EDI: PHINAMERI.COM | Dec 20 2023 23:42:00 | AmeriCredit Financial Services, Inc., dba Financial, P O Box 183853, Arlington, TX 76096 |
| 5557939 | | EDI: PHINAMERI.COM | Dec 20 2023 23:42:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5546806 | + | EDI: PHINAMERI.COM | Dec 20 2023 23:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5545543 | + | EDI: PHINAMERI.COM | Dec 20 2023 23:42:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5545544 | + | Email/Text: bankruptcy@credencerm.com | Dec 20 2023 18:42:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 5546653 | | EDI: DIRECTV.COM | Dec 20 2023 23:42:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5546206 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:47:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5545545 | + | Email/Text: bknotification@loandepot.com | Dec 20 2023 18:42:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 5545546 | + | Email/Text: Unger@Members1st.org | Dec 20 2023 18:42:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5558249 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2023 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5545548 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2023 18:42:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5545550 | ^ | MEBN | Dec 20 2023 18:40:09 | Premier Finance Card Program, Attn: Bankruptcy, P.O. Box 9208, Old Bethpage, NY 11804-9208 |
| 5545551 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 20 2023 18:46:34 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |

| | | | |
| --- | --- | --- | --- |
| 5546252 | Email/PDF: RACBANKRUPTCY@BBANDT.COM<br>Dec 20 2023 18:46:34 | | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5545552 | + Email/PDF: resurgentbknotifications@resurgent.com<br>Dec 20 2023 18:47:05 | | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5560129 | + Email/Text: bncmail@w-legal.com<br>Dec 20 2023 18:42:00 | | Scolopax, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 5559154 | + Email/Text: bknotification@loandepot.com<br>Dec 20 2023 18:42:00 | | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor loanDepot.com LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor loanDepot.com LLC mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 2 Jesse Lee Hench ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Keith Thomas Hench ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Keith Thomas Hench,        Chapter    13

**Debtor 1**

Case No.    1:23−bk−01246−HWV

Jesse Lee Hench,

**Debtor 2**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 20, 2023

ordsmiss (05/18)