

Mooney Law
230 York Street
Hanover, PA 17331
www.mooney4law.com

,

Invoice submitted to:

    Keith & Jesse Hench

April 30, 2024

Bankruptcy Matter

Acct. No.: 16548-24

Professional Services:

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 5/18/2023 | Wendy Buterbaugh | Opening of client file which is to include Needles file; Best Case file; PACER search; pulling of required documents; preparing packet to send to client to begin work. | 0.50 | 67.50 |
|  | Wendy Buterbaugh | Email clients with all documents again to proceed with putting their petition together. | 0.20 | 27.00 |
| 5/19/2023 | Wendy Buterbaugh | Left a voice mail for clients that all documents have been resent and provided deadline dates to complete things. | 0.10 | 13.50 |
| 5/24/2023 | Wendy Buterbaugh | Email to clients checking on status of work. | 0.10 | 13.50 |
| 5/30/2023 | Wendy Buterbaugh | Voice mail from client in need of document for credit counseling course. | 0.10 | 13.50 |
|  | Wendy Buterbaugh | Email to clients providing instructions again for the credit counseling course. | 0.10 | 13.50 |
| 5/31/2023 | Wendy Buterbaugh | Telephone conference with client again stating the urgency to meet deadlines due to upcoming Sheriff sale. | 0.20 | 27.00 |
| 6/1/2023 | Wendy Buterbaugh | Received and reviewed documents from client that were in disarray. Sort through all to determine what was needed. | 0.50 | 67.50 |
| 6/2/2023 | Wendy Buterbaugh | Preparation of petition. | 1.00 | 135.00 |
| 6/4/2023 | Nicholas Platt | Review petition in preparation for petition review. | 0.50 | 137.50 |
| 6/5/2023 | Nicholas Platt | Travel to and from Carlisle location for petition review with both clients. | 2.50 | 687.50 |

|            |                  |                                                                                                                                                   | Hours | Amount |
|------------|------------------|---------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/5/2023   | Wendy Buterbaugh | Preparation and filing of case.                                                                                                                   | 0.20  | 27.00  |
|            | Wendy Buterbaugh | Email to clients providing their case number, plan information and requesting payroll information from them for the wage garnishment.             | 0.20  | 27.00  |
| 6/6/2023   | Wendy Buterbaugh | Telephone conference with client as vehicle was repossessed.                                                                                      | 0.20  | 27.00  |
|            | Wendy Buterbaugh | Telephone conference with auto lender in regarding to the repossession of vehicle of timing of the filing of the case. Had to hold for a significant length of time. | 0.60  | 81.00  |
|            | Wendy Buterbaugh | Correspondence faxed to GM Financial with Notice of Bankruptcy Filing.                                                                            | 0.40  | 60.00  |
|            | Wendy Buterbaugh | Email to clients providing information regarding the Trustee meeting.                                                                             | 0.20  | 27.00  |
|            | Wendy Buterbaugh | Telephone conference with Cumberland County regarding the upcoming Sheriff sale on clients home.                                                  | 0.20  | 27.00  |
|            | Wendy Buterbaugh | Telephone conference with client regarding the vehicle repossession and wanting to know when they can have it back. Advised it is being worked on. | 0.20  | 27.00  |
|            | Nicholas Platt   | Email from GM Financial to Attorney Platt regarding the vehicle and information on pick up.                                                       | 0.10  | 27.50  |
|            | Wendy Buterbaugh | Telephone conference with clients with an update on vehicle and advised email to follow with instructions for pick up.                            | 0.10  | 13.50  |
|            | Wendy Buterbaugh | Email to clients with phone number and location for vehicle pick up.                                                                              | 0.10  | 13.50  |
|            | Wendy Buterbaugh | Telephone conference with opposing counsel for mortgage lender regarding the Sheriff sale. They are working on having it terminated.              | 0.20  | 27.00  |
|            | Wendy Buterbaugh | Email from clients stating funds are being demanded for vehicle pick up and our response that with it will be looked into.                        | 0.20  | 27.00  |

.
.

|            |                  |                                                                                                                                                          | Hours | Amount |
|------------|------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/6/2023   | Wendy Buterbaugh | Telephone conference with loss prevention with GM Financial on fees being requested for vehicle pick up. Contact will be made to correct the issue. They called back to advise they corrected things. | 0.20  | 27.00  |
|            | Wendy Buterbaugh | Voice mail to clients that they can pick up their vehicle and there will be no fees charged.                                                             | 0.10  | 13.50  |
|            | Wendy Buterbaugh | Telephone conference with GM Financial. They called to advise that our clients can pick up the vehicle with no fees being charged.                       | 0.20  | 27.00  |
| 6/8/2023   | Wendy Buterbaugh | Preparation of Motion for Order to Pay Trustee.                                                                                                          | 0.30  | 40.50  |
|            | Nicholas Platt   | Review Motion for Order to Pay Trustee and approve.                                                                                                      | 0.10  | 27.50  |
|            | Wendy Buterbaugh | File Motion for Order to Pay Trustee along with email copies to clients and employer.                                                                    | 0.30  | 40.50  |
| 6/9/2023   | Wendy Buterbaugh | Received and reviewed Order approving Motion for Order to Pay Trustee. Emailed copies to clients and employer.                                           | 0.10  | 13.50  |
| 6/12/2023  | Wendy Buterbaugh | Email from clients employer with new contact information.                                                                                                | 0.10  | 13.50  |
|            | Wendy Buterbaugh | Received and reviewed Entry of Appearance filed by counsel for mortgage lender.                                                                          | 0.10  | 13.50  |
| 6/22/2023  | Wendy Buterbaugh | Received and reviewed Request for Notices from counsel for auto lender.                                                                                  | 0.10  | 13.50  |
| 7/3/2023   | Wendy Buterbaugh | Email to clients regarding Trustee meeting.                                                                                                              | 0.10  | 13.50  |
| 7/6/2023   | Nicholas Platt   | Attended Trustee meeting. Travel to and from Carlisle location to do hearing in person with clients.                                                     | 1.00  | 275.00 |
| 7/12/2023  | Wendy Buterbaugh | Received and reviewed Objection by Trustee.                                                                                                              | 0.10  | 13.50  |
| 7/14/2023  | Nicholas Platt   | Review of case to include filed objections and claims filed.                                                                                             | 0.50  | 137.50 |
| 7/21/2023  | Wendy Buterbaugh | Left voice mail for clients regarding Pre-Confirmation Certificates.                                                                                     | 0.10  | 13.50  |

.
.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/24/2023 | Wendy Buterbaugh | Telephone conference with clients to review Pre-Confirmation Certificates with them and obtain approval for filing. | 0.20 | 27.00 |
|  | Wendy Buterbaugh | Prepared and filed Pre-Confirmation Certificates. | 0.10 | 13.50 |
| 7/31/2023 | Wendy Buterbaugh | Received and reviewed Request for Notices and Objection to Plan filed by GM Financial. | 0.10 | 13.50 |
| 8/3/2023 | Nicholas Platt | Review of case with any new claims filed and most recent Objection to Plan filed. | 0.20 | 55.00 |
| 8/4/2023 | Wendy Buterbaugh | Email to clients requesting co-debtor pay stubs and also provide clients with mandatory second course information. | 0.20 | 27.00 |
|  | Wendy Buterbaugh | Received and reviewed Objection to Plan by LoanDepot. | 0.10 | 13.50 |
| 8/8/2023 | Wendy Buterbaugh | Telephone conference with clients regarding surgery and pay stubs. | 0.20 | 27.00 |
| 8/9/2023 | Wendy Buterbaugh | Preparation of Objection to Claim. | 0.40 | 54.00 |
|  | Nicholas Platt | Review Objection to Claim and approve for filing. | 0.10 | 27.50 |
|  | Wendy Buterbaugh | File Objection to Claim and mail to appropriate partied. | 0.30 | 40.50 |
| 8/14/2023 | Wendy Buterbaugh | Email from counsel for mortgage lender and response regarding upcoming hearing and Objection filed. | 0.30 | 40.50 |
| 8/15/2023 | Nicholas Platt | Email from Attorney Platt to Attorney Roeder and his response regarding upcoming hearing. | 0.20 | 55.00 |
| 9/8/2023 | Nicholas Platt | Review of case and prepare the amended plan. | 0.60 | 165.00 |
|  | Wendy Buterbaugh | Attempted to call both clients. Once cannot leave a message for, the other left a voice mail. | 0.20 | 27.00 |
| 9/12/2023 | Wendy Buterbaugh | Client returned call provided updates to medical issues and job search. | 0.20 | 27.00 |
| 9/13/2023 | Wendy Buterbaugh | Received and reviewed Order sustaining Objection to Claim. | 0.10 | 13.50 |

.
.

|            |                  |                                                                                              | Hours | Amount |
|------------|------------------|----------------------------------------------------------------------------------------------|-------|--------|
| 9/26/2023  | Wendy Buterbaugh | Voice mail to client for update on employment.                                               | 0.10  | 13.50  |
|            | Wendy Buterbaugh | Email to clients for update on employment.                                                   | 0.10  | 13.50  |
| 9/27/2023  | Wendy Buterbaugh | Telephone conference with client and received update on employment.                          | 0.20  | 27.00  |
| 9/29/2023  | Wendy Buterbaugh | Email from client giving an update on new job and response requesting information.           | 0.20  | 27.00  |
|            | Wendy Buterbaugh | Email to client regarding living expenses and amended plan.                                  | 0.10  | 13.50  |
| 10/2/2023  | Wendy Buterbaugh | Left voice mail for client regarding expenses and plan.                                      | 0.10  | 13.50  |
| 10/5/2023  | Wendy Buterbaugh | Preparation of updating Schedules I and J with information provided by clients.              | 0.20  | 27.00  |
| 10/17/2023 | Nicholas Platt   | Review of case with new income and expenses and made updates to amended plan.                | 0.30  | 82.50  |
|            | Wendy Buterbaugh | Email to clients with copy of amended plan for approval.                                     | 0.10  | 13.50  |
| 10/18/2023 | Wendy Buterbaugh | Telephone conference with Debtor regarding amended plan. He requested an email be sent again for Co-debtor. | 0.20 | 27.00 |
|            | Wendy Buterbaugh | Email to clients regarding the amended plan and an explanation of the plan payment.          | 0.20  | 27.00  |
| 10/19/2023 | Wendy Buterbaugh | Attempted to contact debtor regarding approval for the amended plan but mailbox was full. Left voice mail for co-debtor. | 0.20 | 27.00 |
| 10/23/2023 | Wendy Buterbaugh | Attempted to contact debtor regarding approval for the amended plan but mailbox was full. Left voice mail for co-debtor. | 0.20 | 27.00 |
|            | Wendy Buterbaugh | Email to clients regarding the amended plan and needing an answer.                           | 0.20  | 27.00  |
| 10/24/2023 | Wendy Buterbaugh | Attempted to contact debtor regarding approval for the amended plan but mailbox was full. Left voice mail for co-debtor. | 0.20 | 27.00 |

.
.

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/24/2023 | Wendy Buterbaugh | Urgent email to clients needing a response on amended plan. | 0.20 | 27.00 |
| 10/26/2023 | Wendy Buterbaugh | Correspondence to client regarding amended plan and no contact with clients. | 0.40 | 55.50 |
| 10/30/2023 | Wendy Buterbaugh | Attempt to contact debtor, voice mail full. Left voice mail with co-debtor. | 0.20 | 27.00 |
|  | Wendy Buterbaugh | Email to clients regarding the amended plan. | 0.20 | 27.00 |
|  | Wendy Buterbaugh | Telephone conference with debtor regarding the amended plan and wanting to discuss it with Attorney Platt. | 0.40 | 54.00 |
| 11/2/2023 | Nicholas Platt | Telephone conference with clients and Attorney Plat regarding the amended plan. Debtor provided updates to income; job situation; electric shut off. | 0.50 | 137.50 |
| 11/3/2023 | Wendy Buterbaugh | Received and reviewed pay stubs for debtor and debtor stated co-debtor will email hers. Updated Schedule I. | 0.30 | 40.50 |
| 11/7/2023 | Wendy Buterbaugh | Left voice mail regarding co-debtor pay stubs. | 0.10 | 13.50 |
|  | Wendy Buterbaugh | Email to clients regarding co-debtor pay stubs. | 0.20 | 27.00 |
| 11/8/2023 | Wendy Buterbaugh | Email to clients regarding co-debtor pay stubs. | 0.20 | 27.00 |
| 11/9/2023 | Wendy Buterbaugh | Email to clients again regarding co-debtor pay stubs. | 0.20 | 27.00 |
| 11/14/2023 | Wendy Buterbaugh | Voice mail to clients regarding co-debtor pay stubs and a return call from co-debtor stating she would try to retrieve them for us. | 0.20 | 27.00 |
|  | Wendy Buterbaugh | Client came to office to request help pulling co-debtor pay stubs from her employee portal. | 0.10 | 13.50 |
|  | Wendy Buterbaugh | Received and reviewed Motion to Dismiss by Trustee. Provided a copy to clients. | 0.20 | 27.00 |
| 11/15/2023 | Wendy Buterbaugh | Received and reviewed information dropped off by client in regards to electric being shut off. | 0.10 | 13.50 |

.
.

|            |                  |                                                                                                                      | Hours | Amount |
|------------|------------------|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/16/2023 | Wendy Buterbaugh | Received and reviewed pay stubs for co-debtor and updated Schedule I.                                                | 0.30  | 40.50  |
|            | Wendy Buterbaugh | Correspondence sent to electric company in regards to turn off notice and copy to clients.                           | 0.40  | 60.00  |
| 11/17/2023 | Nicholas Platt   | Attorney review of case with all updated income. Due to co-debtor going back to work, request of updated expenses to make certain they are still accurate. | 0.20  | 55.00  |
|            | Wendy Buterbaugh | Email to clients to review expenses to make sure they are still accurate.                                            | 0.10  | 13.50  |
| 11/20/2023 | Wendy Buterbaugh | Telephone conference with client regarding expenses and any changes.                                                 | 0.20  | 27.00  |
| 11/30/2023 | Wendy Buterbaugh | Email to clients regarding household maintenance expense and receipts with client response.                          | 0.20  | 27.00  |
| 12/1/2023  | Nicholas Platt   | Attorney review with all updated information final. Amended plan prepared and ready for client approval.             | 0.30  | 82.50  |
| 12/6/2023  | Wendy Buterbaugh | Email to clients with amended plan for approval.                                                                     | 0.10  | 13.50  |
|            | Wendy Buterbaugh | Left a voice mail for co-debtor regarding amendment.                                                                 | 0.10  | 13.50  |
| 12/8/2023  | Wendy Buterbaugh | Telephone conference with debtor and he stated they would review the plan and let us know how they would like to proceed. | 0.20  | 27.00  |
| 12/11/2023 | Wendy Buterbaugh | Attempted to contact debtor regarding approval for the amended plan but mailbox was full. Left voice mail for co-debtor. | 0.10  | 13.50  |
| 12/12/2023 | Wendy Buterbaugh | Email to clients regarding the amended plan that is due.                                                             | 0.10  | 13.50  |
| 12/13/2023 | Nicholas Platt   | Email to Attorney Roeder regarding docket.                                                                           | 0.10  | 27.50  |
| 12/14/2023 | Wendy Buterbaugh | Attempted contacting clients again, voice mail box full for debtor and left voice mail for co-debtor.                | 0.20  | 27.00  |
| 12/19/2023 | Wendy Buterbaugh | Email from client denying approval to file amended plan.                                                             | 0.10  | 13.50  |

.
.

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/19/2023 | Wendy Buterbaugh | Attempted to contact debtor regarding approval for the amended plan but mailbox was full. Left voice mail for co-debtor. | 0.20 | 27.00 |
|  | Wendy Buterbaugh | Email to clients advising if plan is not filed, case will be dismissed by the Court. | 0.20 | 27.00 |
|  | Nicholas Platt | Telephone conference with Attorney Platt and debtor regarding the case and not moving forward. | 0.50 | 137.50 |
| 12/20/2023 | Wendy Buterbaugh | Prepared and faxed correspondence to employer to terminate wage garnishment. | 0.40 | 60.00 |
|  | Wendy Buterbaugh | Closing letter to client with copy of Order dismissing case. | 0.40 | 55.50 |
| 12/21/2023 | Wendy Buterbaugh | Voice mail from client and returned call to clients. Had to leave a voice mail for them. | 0.10 | 13.50 |

Total Professional Service Charges:     26.20     $4,636.00

Balance due                                                    $4,636.00