IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KEITH THOMAS HENCH | : | CHAPTER 13 |
| JESSE LEE HENCH | : | CASE NO. 1:23-bk-01246-HWV |
| DEBTORS | : | |

**AFFIDAVIT**

I, the undersigned, hereby certify that the attached billing is recreated from a combination drafted pleadings, case notes, and personal recollections during the course of the Debtor's Chapter 13 Bankruptcy and representative therein.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. Section 1746.

Dated: April 30, 2024

Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax