UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KEITH THOMAS HENCH and | : | CHAPTER 13 |
| JESSE LEE HENCH | : | |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| KEITH THOMAS HENCH and | : | |
| JESSE LEE HENCH | : | |
| Respondent(s) | : | CASE NO. 1-23-bk-01246 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO APPLICATION FOR ALLOWANCE OF ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE

AND NOW, this 10h day of May, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Application for Allowance of Attorney Fees as an Administrative Expense filed on or about January 2, 2024, be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 10th day of May, 2024, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas G. Platt, Esquire
230 York Street
Hanover, PA 17331

        /s/Paige Niemond
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee

Case 1:23-bk-01246-HWV    Doc 49    Filed 05/10/24    Entered 05/10/24 12:10:32    Desc
Main Document     Page 2 of 2